LEOLA BERNICE PEABODY, Respondent, v. NELSON J. PEABODY, Appellant.—

Order modified by reducing amount defendant is directed to pay to plaintiff as temporary alimony to the sum of $250, and by reducing amount defendant is directed to pay to plaintiff as and for a counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.